```
FILED
IN CLERK'S OFFICE
US DISTRICT COURT
★ FEB 21 2012 ★
BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JO ANNA CANZONERI McCORMICK.

          Plaintiff,

    -against-

MAGNAVOX, A Business Entity et al.; JOHN DOES
1-1000; JOHN DOES COMPANYS 1-1000; JANE
DOES 1-1000; JANE DOES COMPANYS 1-1000;
JOHN DOES CORPORATIONS 1-1000; and JANE
DOES CORPORATIONS 1-1000 INCLUSIVE,

          Defendants.
-------------------------------------------------------------x
JO ANNA CANZONERI McCORMICK.

          Plaintiff,

    -against-

SANYO, A Business Entity et al.; SANYO NORTH
AMERICA CORPORATION, a business entity et al.;
JOHN DOES 1-1000; JOHN DOES COMPANYS 1-
1000; JANE DOES 1-1000; JANE DOES
COMPANYS 1-1000; JOHN DOES
CORPORATIONS 1-1000; and JANE DOES
CORPORATIONS 1-1000 INCLUSIVE,
          Defendants.
-------------------------------------------------------------x
JO ANNA CANZONERI McCORMICK.

          Plaintiff,
    -against-

EMERSON, A Business Entity et al.; JOHN DOES 1-
1000; JOHN DOES COMPANYS 1-1000; JANE
DOES 1-1000; JANE DOES COMPANYS 1-1000;
JOHN DOES CORPORATIONS 1-1000; and JANE
DOES CORPORATIONS 1-1000 INCLUSIVE,

          Defendants.
-------------------------------------------------------------x

**FINAL JUDGMENT AND**
**PERMANENT INJUNCTION**

12-CV-230 (BMC)

12-CV-266 (BMC)

12-CV-267 (BMC)

```
-----------------------------------------------------------x
```
JO ANNA CANZONERI McCORMICK.

Plaintiff,

-against-                                                         12-CV-268 (BMC)

PANASONIC, A Business Entity et al.; JOHN DOES
1-1000; JOHN DOES COMPANYS 1-1000; JANE
DOES 1-1000; JANE DOES COMPANYS 1-1000;
JOHN DOES CORPORATIONS 1-1000; and JANE
DOES CORPORATIONS 1-1000 INCLUSIVE,

Defendants.
```
-----------------------------------------------------------x
```
JO ANNA CANZONERI McCORMICK.

Plaintiff,

-against-                                                         12-CV-269 (BMC)

SAMSUNG, A Business Entity et al.; JOHN DOES 1-
1000; JOHN DOES COMPANYS 1-1000; JANE
DOES 1-1000; JANE DOES COMPANYS 1-1000;
JOHN DOES CORPORATIONS 1-1000; and JANE
DOES CORPORATIONS 1-1000 INCLUSIVE,

Defendants.
```
-----------------------------------------------------------x
```
JO ANNA CANZONERI McCORMICK.

Plaintiff,

-against-                                                         11-CV-270 (BMC)

SONY, A Business Entity et al.; JOHN DOES 1-1000;
JOHN DOES COMPANYS 1-1000; JANE DOES 1-
1000; JANE DOES COMPANYS 1-1000; JOHN
DOES CORPORATIONS 1-1000; and JANE DOES
CORPORATIONS 1-1000 INCLUSIVE,

Defendants.
```
-----------------------------------------------------------x
```

```
-----------------------------------------------------------x
```
JO ANNA CANZONERI McCORMICK,

        Plaintiff,

    -against-                              12-CV-271 (BMC)

PHILIPS, A Business Entity et al.; JOHN DOES
1-1000; JOHN DOES COMPANYS 1-1000; JANE
DOES 1-1000; JANE DOES COMPANYS 1-1000;
JOHN DOES CORPORATIONS 1-1000; and JANE
DOES CORPORATIONS 1-1000 INCLUSIVE,

        Defendants.
```
-----------------------------------------------------------x
```

        The Court, having dismissed these actions as frivolous by Order dated January 26, 2012, and having ordered plaintiff to show cause, by written affirmation, within 14 days of the date of the Order why the Court should not enjoin her from filing future actions in this Court; and plaintiff having failed to respond to the Order to Show Cause; it is hereby

        ORDERED AND ADJUDGED, that these cases are dismissed, and plaintiff shall take nothing of defendants; and it is further

        ORDERED, ADJUDGED, AND DECREED, for the reasons stated in the Court's February 26, 2012 Order, that: (1) plaintiff is permanently enjoined and restrained from filing any new action in the United States District Court for the Eastern District of New York without first obtaining leave of Court; (2) the Clerk of Court is directed to return to plaintiff, without filing, any action that is received without an application seeking leave to file; (3) if the Court grants plaintiff leave to file a new action, the civil action shall be filed and assigned a civil docket number; and (4) if leave to file is denied, plaintiff's submission shall be filed on the Court's miscellaneous docket; and it is further

ORDERED, that the Court hereby certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917 (1962).

**SO ORDERED.**

_____
U.S.D.J.

Dated: Brooklyn, New York
       February 17, 2012